NO. 07-09-0052-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

APRIL 20, 2009

______________________________


IN THE ESTATE OF MARJORY DYE, DECEASED

_________________________________

FROM THE COUNTY COURT OF LUBBOCK COUNTY;

NO. 2000-782,841; HONORABLE PAULA LANEHART, JUDGE

_______________________________

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.
MEMORANDUM OPINION
          Pending before this Court is Appellant Brian Murphy-Dye’s Motion to Dismiss
Appeal. By the motion, Murphy-Dye represents that he no longer wishes to pursue this
appeal. Without passing on the merits of the case, the motion is granted and the appeal
is dismissed. Tex. R. App. P. 42.1(a)(1). Having dismissed the appeal at the request of
Murphy-Dye, no motion for rehearing will be entertained and our mandate will issue
forthwith.
          Our disposition of this appeal renders moot Appellee’s Steve Payton’s Opposed
Motion to Dismiss.
 
                                                                           Patrick A. Pirtle

                                                                                 Justice